UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAROL McLAUGHLIN and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:12-CV-4925-G |
| MONARCH DENTAL CORPORATION, ET AL., | ) ) ) ) | |
| Defendants. | ) | |

### ORDER

Before the court is the plaintiff's motion for conditional class certification (docket entry 30). The motion is **DENIED**.

**SO ORDERED**.

August 4, 2014.

_____
**A. JOE FISH**
**Senior United States District Judge**